1  Mr. John Boutte , Pro Se
2  225 Berry Street #303
3  San Francisco, Ca. 94107         E-filing
4  415-896-9205
5
6              United States District Court
7              Northern District of California    CV-08   2641

**Notice of Claim Against The Clerk of The United States District Court Northern District of California.**  BZ

| | |
|---|---|
| 11  John Boutte , Pro Se | ) Case No.: |
| 12         Plaintiff, | ) Petition and Complaint In The Nature of A |
| 13     vs. | ) Law Suit For Deprivation of Federally |
| 14  Bryon J. Bahr , Judge/Commissioner Arlene | ) Protected Rights 42 USC 1983 . |
| 15  T Borick , Daimler Chrysler Financial | ) For Injunctive Relief and other Damages |
| 16  Services America LLC , Cooksey ,Tooles | As The Court Shall Determine Reasonable . |
| 17  ,Gage , Duffy , and Wong  and Jane and | And Under 18 USC 1964 (a) Civil RICO . |
| 18  John Does 1 through 50 . | |
| 19         Defendants | |

**Federal Tort Claims Act.**

21                      Complaint

23         Comes Now John Boutte , Pro Se and files this suit pursuant to The
24  Federal Rules OF Civil Procedure ; Asserting all of The Rights of A Pro Se Litigant
25  As established in Common Law ; And for cause pleads the following :
26      1. The Chrysler Corporation and its employees misapplied a payment of the
27         Plaintiff , John Boutte , and harassed this Plaintiff and his son day
28         And night , using illegal automatic dialing machines , causing the son

[Summary of pleading] - 1

Not to be able to get any sleep and threatening the Plaintiff , that they were going to take his car ; until Plaintiff sued Chrysler and their Attorney .

2. Their Attorney and his law firm continued the harassment wanting Plaintiff to settle on their terms and to dismiss the law suit .

3. Their Attorney after receiving a Registered Letter from Me JB advising him that he was not my Attorney ; Then entered into a Conspiracy with with the sitting State Judge and her clerk and another State Judge to levy sanctions on this Plaintiff and to force plaintiff to settle with Defendants and Deny Plaintiff his Rights and Property i.e. ,( His Money and Damages Under The Law ) .

Prayer

Now Therefore , Plaintiff Prays for $ 200,000,000.00 , (Two Hundred Million Dollars ) damages from each Defendant and $ 600,000,000.00 from each defendant pursuant to Federal Statue Under 18 USC 1964(a) .

Respectfully Submitted

JOHN BOUTE

Mr. John Boutte

April 24, 2008

Summary of Pleading - 2

John Boatte, Pro Se
225 Berry St #303
San Francisco 94107
(415) 896-9205

April 24, 2008

<u>Motion To Proceed In Formas Paapeous</u>

I John Boatte swear and Affirm that I am a 73 year old critically ill man whose total income from Social Security and SSI is $940.00 per month. I request that summons without delay be issued and returned to me.

Respectfully,
JOHN BOUTE
John Boutte, Pro Se

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __San Francisco__ }

On __4/24/08__ before me, __Merlyn C Gill Notary Public__,
         Date                              Here Insert Name and Title of the Officer

personally appeared __John Boutte__
                              Name(s) of Signer(s)

_____,

**MERLYN C. GILL**
Commission # 1774042
Notary Public - California
San Francisco County
My Comm. Expires Nov 16, 2011

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
              Signature of Notary Public

Place Notary Seal Above

―――――――――――――― OPTIONAL ――――――――――――――

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Complaint (Summary of pleading)__

Document Date: __4/24/08__                    Number of Pages: __3__

Signer(s) Other Than Named Above: __N/A__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

**JS 44** (Rev. 12/07) (cand rev 1-16-08)

# BZ CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I.**
John Boutte — E-filing

Issuner Arlene T. Ronick, Bryon J. Bahr Judge/Comm Chrysler Financial Services America, Daimler

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known) LLC, Cooksey, Toolen, Gage, Duffy, and Wong and Jane and John Doe 1 through 50.

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

CONTRACT
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

REAL PROPERTY
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

TORTS — PERSONAL INJURY
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury

CIVIL RIGHTS
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 444 Welfare
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- [x] 440 Other Civil Rights

TORTS — PERSONAL INJURY
- 362 Personal Injury — Med. Malpractice
- 365 Personal Injury — Product Liability
- 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

PRISONER PETITIONS
- 510 Motions to Vacate Sentence
- Habeas Corpus:
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

FORFEITURE/PENALTY
- 610 Agriculture
- 620 Other Food & Drug
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 R.R. & Truck
- 650 Airline Regs.
- 660 Occupational Safety/Health
- 690 Other

LABOR
- 710 Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- 730 Labor/Mgmt.Reporting & Disclosure Act
- 740 Railway Labor Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

IMMIGRATION
- 462 Naturalization Application
- 463 Habeas Corpus - Alien Detainee
- 465 Other Immigration Actions

BANKRUPTCY
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

PROPERTY RIGHTS
- 820 Copyrights
- 830 Patent
- 840 Trademark

SOCIAL SECURITY
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

FEDERAL TAX SUITS
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

OTHER STATUTES
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Sat TV
- 810 Selective Service
- 850 Securities/Commodities/Exchange
- 875 Customer Challenge 12 USC 3410
- [x] 890 Other Statutory Actions
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 895 Freedom of Information Act
- 900 Appeal of Fee Determination Under Equal Access to Justice
- 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC 1983, 18 USC 1964(a)
Brief description of cause: Civil Rights Violation and Racketeering

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 120,000,000.00    CHECK YES only if demanded in complaint: JURY DEMAND: [x] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)    [ ] SAN FRANCISCO/OAKLAND    [x] SAN JOSE

May 21, 2008                                                                 JOHN BOUTTE