Clear Form

FILED
08 MAY 27 PM 2:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Boutte )
              ) CV 08    2641
   Plaintiff, ) CASE NO. _____
              )
vs.           ) APPLICATION TO PROCEED
Bryon J. Bahr ) IN FORMA PAUPERIS
et al.,       ) (Non-prisoner cases only)
   Defendant. )

BZ

I, John Boutte, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?          Yes ___  No _X_
    If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:
    Gross: __N/A_____  Net: __N/A_____
    Employer: __N/A_____

    If the answer is "no," state the date of last employment and the amount of the gross and net salary
    1991 - $4,800 month - Net $3,400.00

-1-

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _N/A - All Adults_____
3  _____
4  5.  Do you own or are you buying a home?   Yes ___ No _X_
5  Estimated Market Value: $ _N/A_ Amount of Mortgage: $ _N/A_
6  6.  Do you own an automobile?   Yes _✓_ No ___
7  Make _4dr_____ Year _2005_ Model _300C Chrysler_
8  Is it financed? Yes _✓_ No ___ If so, Total due: $ _7,345.08_
9  Monthly Payment: $ _816.12_ Paid by my children.
10 7.  Do you have a bank account? Yes _✓_ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: _Bank of America_
12 _5 + Market_
13 Present balance(s): $ _170.00_
14 Do you own any cash? Yes ___ No _X_ Amount: $ _00.00_
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                    Yes ___ No _X_
17 _____
18 8.  What are your monthly expenses?
19 Rent: $ _357.00_   Utilities: _195.00_
20 Food: $ _200.00_   Clothing: _150.00_
21 Charge Accounts:
22 Name of Account      Monthly Payment         Total Owed on This Account
23 _N/A_    $ _____    $ _____
24           $ _____    $ _____
25           $ _____    $ _____
26 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 _Ochard Bank Credit Card $ 250.00 -_
   _Payment $ 15.00 monthly_

- 3 -

1
2  10.     Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___  No _X_
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6                           N/A
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  MAY 16, 2008        JOHN BOUTE
12       DATE                              SIGNATURE OF APPLICANT

- 4 -