**FILED**

JUN 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BOUTTE,                      )
                                  )
        Plaintiff(s),             )   No. C08-2641 BZ
                                  )
    v.                            )
                                  )   **ORDER RE:** *In Forma Pauperis*
BYRON J. BAHR,                    )   **Application**
                                  )
        Defendant(s).             )
                                  )
_____)

Plaintiff seeks to proceed *in forma pauperis*, which requires him to provide proof of indigency pursuant to 28 U.S.C. § 1915(a). Plaintiff's application is missing Page 2 and therefore provides insufficient information to evaluate whether plaintiff qualifies for *in forma pauperis* status. Plaintiff is **ORDERED** to complete the attached application and file it by **June 30, 2008**.

Dated: June 2, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BOUTTE V. BAHR\IFP ORDER RE REVISION OF APPLIC.wpd

Copies Mailed to
Parties of Record

1

Clear Form

1
2
3
4
5
6
7

8       **UNITED STATES DISTRICT COURT**
        **NORTHERN DISTRICT OF CALIFORNIA**
9

10
11              Plaintiff,        )   CASE NO. _____
                                  )
12      vs.                       )   **APPLICATION TO PROCEED**
                                  )   **IN FORMA PAUPERIS**
13                                )   (Non-prisoner cases only)
                                  )
14              Defendant.        )

15

16      I, _____, declare, under penalty of perjury that I am the plaintiff

17      in the above entitled case and that the information I offer throughout this application is true and

18      correct. I offer this application in support of my request to proceed without being required to

19      prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20      unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21      In support of this application, I provide the following information:

22      1.      Are you presently employed?              Yes ____  No ____

23      If your answer is "yes," state both your gross and net salary or wages per month, and give the

24      name and address of your employer:

25      Gross: _____  Net: _____

26      Employer: _____

27      _____

28      If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.  Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7      a.  Business, Profession or             Yes ____ No ____

8           self employment?

9      b.  Income from stocks, bonds,         Yes ____ No ____

10          or royalties?

11      c.  Rent payments?                    Yes ____ No ____

12      d.  Pensions, annuities, or             Yes ____ No ____

13          life insurance payments?

14      e.  Federal or State welfare payments,    Yes ____ No ____

15          Social Security or other govern-

16          ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _____

20  _____

21  3.  Are you married?                          Yes ____ No ____

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____ Net $_____

26  4.  a.  List amount you contribute to your spouse's support: $_____

27      b.  List the persons other than your spouse who are dependent upon you for support

28          and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.  Do you own or are you buying a home?   Yes ____ No ____

Estimated Market Value: $_____  Amount of Mortgage: $_____

6.  Do you own an automobile?   Yes ____ No ____

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ____ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No ____

_____

8.  What are your monthly expenses?

Rent: $ _____  Utilities: _____

Food: $ _____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

1  _____

2  10.   Does the complaint which you are seeking to file raise claims that have been presented in

3  other lawsuits?   Yes ____ No ____

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5  which they were filed.

6  _____

7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9  false statement herein may result in the dismissal of my claims.

10

11  _____          _____

12       DATE                           SIGNATURE OF APPLICANT

- 4 -

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN BOUTTE,

        Plaintiff,

v.

BYRON J. BAHR et al,

        Defendant.

Case Number: CV08-02641 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2008, I SERVED a true and correct copy(ies) of the attached **ORDER RE: *IN FORMA PAUPERIS APPLICATION***, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Boutte
225 Berry Street
Apt. 303
San Francisco, CA 94107

Dated: June 2, 2008

                                      Richard W. Wieking, Clerk
                                      By: Rose Maher, Deputy Clerk