FILED
08 JUN -5 PM 1:06

Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff,

vs.

Defendant.

CASE NO. C08-2641 BZ

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, John Boutte, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  ___I retired in 1984._____
3  _____
4  _____

5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7     a.  Business, Profession or            Yes ___ No ✓
8          self employment?
9     b.  Income from stocks, bonds,        Yes ___ No ✓
10         or royalties?
11    c.  Rent payments?                   Yes ___ No ✓
12    d.  Pensions, annuities, or             Yes ___ No ✓
13         life insurance payments?
14    e.  Federal or State welfare payments,   Yes ✓ No ___
15         Social Security or other govern-
16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 ___Social Security and SSI = $940⁰⁰ per month___
20 _____

21 3.  Are you married?  widowed          Yes ___ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.  a.  List amount you contribute to your spouse's support:$ _____
27    b.  List the persons other than your spouse who are dependent upon you for support
28        and indicate how much you contribute toward their support. (NOTE: For minor

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  _____None_____
3  _____
4  5.   Do you own or are you buying a home?   Yes ___ No ✓
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.   Do you own an automobile?   Yes ✓ No ___
7  Make Chrysler 300   Year 2005   Model 300
8  Is it financed? Yes ✓ No ___   If so, Total due: $ _____
9  Monthly Payment: $ 816.12   Sons are paying for the car
10 7.   Do you have a bank account?  Yes ✓ No ___  (Do not include account numbers.)
11 Name(s) and address(es) of bank: Bank of America
12 One Powell St.  S.F. CA.  94102
13 Present balance(s): $ 200.00
14 Do you own any cash? Yes ___ No ✓ Amount: $ _____
15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
16 market value.)   Yes ___ No ✓
17 _____
18 8.   What are your monthly expenses?
19 Rent: $ 357.00   Utilities: $ 195.00
20 Food: $ 200.00   Clothing: $ 150.00
21 Charge Accounts:
22 Name of Account          Monthly Payment          Total Owed on This Account
23 _____  $ _____   $ _____
24 _____  $ _____   $ _____
25 _____  $ _____   $ _____
26 9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom
27 they are payable.  Do not include account numbers.)
28 Orchard Bank Credit Card $250.00
   Payment $15.00 monthly

- 3 -

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?  Yes ___  No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____
7  _____
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11 _6/4/08_                    _JOHNBOUTTE_
12     DATE                        SIGNATURE OF APPLICANT

```
                                            FILED
                    COPY
                                            JUN 2  2008

                                            RICHARD W. WIEKING
                                            CLERK, U.S. DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BOUTTE, ) | |
| ) | |
| Plaintiff(s), ) | No. C08-2641 BZ |
| ) | |
| v. ) | |
| ) | **ORDER RE:** *In Forma Pauperis* |
| BYRON J. BAHR, ) | **Application** |
| ) | |
| Defendant(s). ) | |
| ) | |

Plaintiff seeks to proceed *in forma pauperis*, which requires him to provide proof of indigency pursuant to 28 U.S.C. § 1915(a). Plaintiff's application is missing Page 2 and therefore provides insufficient information to evaluate whether plaintiff qualifies for *in forma pauperis* status. Plaintiff is **ORDERED** to complete the attached application and file it by **June 30, 2008**.

Dated:   June 2, 2008

/s/ Bernard Zimmerman
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BOUTTE V. BAHR\IFP ORDER RE REVISION OF APPLIC.wpd

Copies Mailed to
Parties of Record

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN BOUTTE,

        Plaintiff,

v.

BYRON J. BAHR et al,

        Defendant.
_____/

Case Number: CV08-02641 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2008, I SERVED a true and correct copy(ies) of the attached **ORDER RE: *IN FORMA PAUPERIS APPLICATION***, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Boutte
225 Berry Street
Apt. 303
San Francisco, CA 94107

Dated: June 2, 2008

                              Richard W. Wieking, Clerk
                              By: Rose Maher, Deputy Clerk