FILED

08 JUL 28 PM 1:55 Clear Form

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

John Boutte )     CO8- 2641-BZ
                    ) CASE NO. CO-8 2641-BZ
            Plaintiff, )
                    )  **APPLICATION TO PROCEED**
   vs.              )  **IN FORMA PAUPERIS**
Bryon J. Bahr etal  )  **(Non-prisoner cases only)**
                    )
            Defendant. )
_____)

I, John Boutte ____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?                    Yes ____ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _I retired in 1984._

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7      a.    Business, Profession or                        Yes ____ No ✔

8            self employment?

9      b.    Income from stocks, bonds,                     Yes ____ No ✔

10           or royalties?

11     c.    Rent payments?                                 Yes ____ No ✔

12     d.    Pensions, annuities, or                        Yes ____ No ✔

13           life insurance payments?

14     e.    Federal or State welfare payments,             Yes ✔ No ____

15           Social Security or other govern-

16           ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _Social Security and SSI = $940⁰⁰ per month_

20  _____

21  3.    Are you married?  _widowed_                        Yes ____ No ✔

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____ Net $_____

26  4.    a.    List amount you contribute to your spouse's support:$ _____

27        b.    List the persons other than your spouse who are dependent upon you for support

28              and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2   _____ None _____

3   _____

4   5.   Do you own or are you buying a home?   Yes ___ No ✓

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.   Do you own an automobile?   Yes ✓ No ___

7   Make Chrysler 300 Year 2005 Model 300 _____

8   Is it financed? Yes ✓ No _____ If so, Total due: $ _____

9   Monthly Payment: $ 816.12   Sons are paying for the car

10   7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

11   Name(s) and address(es) of bank: Bank of America _____

12   One Powell St. S.F. CA. 94102 _____

13   Present balance(s): $ 200.00 _____

14   Do you own any cash? Yes ___ No ✓ Amount: $ _____

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16   market value.)   Yes ___ No ✓

17   _____

18   8.   What are your monthly expenses?

19   Rent: $ 357.00 _____ Utilities: $ 195.00 _____

20   Food: $ 200.00 _____ Clothing: $ 50.00 _____

21   Charge Accounts:

22   Name of Account        Monthly Payment        Total Owed on This Account

23   _____ $ _____ $ _____

24   _____ $ _____ $ _____

25   _____ $ _____ $ _____

26   9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable. Do not include account numbers.)

28   Orchard Bank Credit Card 250.00
     Payment 15.00 monthly

- 3 -

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes _____  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____          _____
DATE                                                  SIGNATURE OF APPLICANT

July 22, 2008                                    JOHN BOOTE 7-22-08