```
 1  Mr. John Boutte , Pro Se                                FILED
 2  225 Berry Street # 303
 3  San Francisco , California 94102                     08 JUL 28 PM 1:55
 4
 5
 6                  United States District Court
 7                  Northern District of California
 8  John Boutte , Pro Se
 9                                       ) Case No.: CO-2641 BZ
                                         )
10                                       ) Order Re : In Forma Pauperis Application
                Plaintiff,               )
11                                       )
         vs.                             )
12                                       )
    Byron J. Bahr , et.al.               )
13                                       )
                Defendant                )
14
15          Attached Application To Proceed In Forma Pauperis .
16
17      Per the order of the United States Magistrate Bernard Zimmerman ; Please find
18  attached the Same 4 page Application to proceed in forma pauperis .
19  The Clerk of The District Court it appears to have been in error .
20
21                                  Respectfully Submitted
                                    JOHN BOUTTE
22                                  _____
23                                  Mr. John Boutte , Pro Se
24
25
                                    Dated this 22nd day of July, 2008
26
27  Amended Petition To follow for filing
28  by August 1, 2008.
```

Amended Petition To follow for filing by August 1, 2008.

Summary of Pleading - 1