UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN BOUTTE, | ) | |
| Plaintiff(s), | ) | No. C08-2641 BZ |
| v. | ) | **ORDER TO AMEND COMPLAINT** |
| BYRON J. BAHR, | ) | |
| Defendant(s). | ) | |

On July 3, 2008, I denied plaintiff's application to proceed *in forma pauperis* and dismissed his complaint with leave to amend. Instead of complying with my order to file an amended complaint and consent to or decline magistrate jurisdiction by August 1, 2008, plaintiff, who is pro se, merely re-filed his *in forma pauperis* application.

As set forth in my July 3, 2008 order, plaintiff complaint fails to state a claim for which relief may be granted. Plaintiff shall file an amended complaint by no later than **September 2, 2008.** Plaintiff shall also, in writing, consent to or decline magistrate judge jurisdiction by **September 2, 2008.**

1

1  If plaintiff does not amend or otherwise comply with this
2  order by **September 2, 2008** this case may be dismissed.
3  Dated:  August 4, 2008

	_____
	Bernard Zimmerman
	United States Magistrate Judge

G:\BZALL\-BZCASES\BOUTTE V. BAHR\ORDER RE AMENDED COMPLAINT.wpd

2