1  John Boutte , Pro Se
2  225 Berry Street #303
3  San Francisco, California 94107
4  ( 415 ) 896- 9205


FILED
08 SEP -2 PM 3:48

6           United States District Court
7           Northern District of California

11  John Boutte , Pro Se                  ) Case No.: CO-8-2641-BZ
                                          )
              Plaintiff,                  ) Civil RICO Together With A 1983 Action .
                                          )
                                          ) 18 USC 1964(a) and 42 USC 1983 .
13      vs.                               )
                                          )
14  Byron J. Bahr , Chrysler Financial ,and )
                                          )
15  Jane and John Does 1 through 50 .     )
16           Defendant

18              First Amended Complaint

20      Comes Now John Boutte Pursuant to The Federal Rules of Civil Procedure
21  And for cause , states the following :
22   1. Plaintiff objects and takes exception  to the original Complaint in the above
23      numbered case being Dismissed and Filing Status being Denied ; And that such
24      action by the court and the clerk resulted in a Void Dismissal ; And that such
25      Void Dismissal was to Protect State Jurist who have no Immunity under 18 USC
26      1961 , 18 USC 1962 , and 18 USC 1964(a) .
27   2. That the Conduct of the Clerk of The District Court violated almost every
28      Common Law Case Ever Decided and Established for Pro Se Litigants and Plaintiff

1  Will pursue this matter under The Federal Tort Claims Act . The Conduct was
2  Conspiratoy ,Racist and a Denial of Rights Guaranteed By The United States
3  Constitution . Time being of the essence for this filing , Plaintiff moves on .
4  3. John Boutte paid his Car note to Chrysler Financial since 2005 , on a Chrysler
5  2005 , 300 C to the present time ; Chrysler Financial Misapplied One of Two
6  money Orders Sent Them and begin to harass Me and my son day and night with an
7  automatic dialing machine and threaten to take plaintiff car .This happened no
8  less than 75 times and repeatedly charged Plaintiff excess money and still
9  harasses Plaintiff to this day and takes Plaintiff money for this Fraud .
10 4. Plaintiff has sustained injury because of these repeated predicated acts ,
11 Constituting a pattern of Racketeering , resulting in my injury . It
12 is also violative of 42 USC 1983 , since it violates my Fourteenth Amendment
13 Rights Under The United States Constitution .
14 5. Plaintiff has every right to again amend this Complaint ; Pursuant To The
15 Federal Rules Of Civil Procedure .

                              Jurisdiction

17 This Court has Jurisdiction Pursuant To 18 USC 1964(a) The United States
18 Constitution and Section 4 of The Clayton Anti-Trust Act .

                                Consent

20 Plaintiff consents to the Jurisdiction of The Federal Magistrate Bernard
21 Zimmerman .

                                Prayer

23 Plaintiff Prays For Damages in the amount of 50 Million Dollars and makes
24 Demand for Jury .

                                              Respectfully Submitted
                                              John Boutte

                                              Mr. John Boutte , Pro Se

Civil RICO AND 42 USC 1983 ACTION   - 2