UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN BOUTTE, PRO SE, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C08-2641 PJH (BZ) |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING PLAINTIFF IN** |
| BYRON J. BAHR, CHRYSLER | ) | **FORMA PAUPERIS STATUS** |
| FINANCIAL, and JANE AND JOHN | ) | |
| DOES 1 THROUGH 50., | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

Pursuant to my Order To Amend Complaint dated August 4, 2008, plaintiff filed a first amended complaint.  The complaint drops a number of the defendants such as Judge/Commissioner Arlene T. Borick, whom I suggested would enjoy absolute immunity from suit.  Remaining are two defendants, Byron J. Bahr and Chrysler Financial, as well as several Doe defendants.

The essence of plaintiff's claim is that Chrysler Financial misapplied several money orders that plaintiff sent it as payments on a car note and then harassed him and defrauded him in unspecified ways.  Plaintiff never explains

1

1  what defendant Byron J. Bahr is alleged to have done.

2      Construing the pro se complaint liberally as required,

3  see e.g. Haines v. Kerner, 404 U.S. 519, 520 (1972), I cannot

4  say as a matter of law that it is frivolous or that it might

5  not state a claim cognizable in federal court against

6  Chrysler.  Accordingly, the court will grant plaintiff *in*

7  *forma pauperis* status and direct the marshall to serve

8  Chrysler Financial.

9      However, the amended complaint contains no charging

10 allegations against Mr. Bahr.  If plaintiff wishes to proceed

11 against Mr. Bahr, he must file an amendment to his complaint

12 by **October 1, 2008**, explaining in plain English exactly what

13 he believes Mr. Bahr did to cause him harm and why he believes

14 his claim against Mr. Bahr belongs in federal court.  If

15 plaintiff does not do so, the complaint against Mr. Bahr will

16 be dismissed without prejudice.

17 Dated: September 5, 2008

18

19                    _____
                        Bernard Zimmerman
20                   United States Magistrate Judge

21

22

23

24

25

26

27

28 G:\BZALL\-BZCASES\BOUTTE V. BAHR\ORDER GRANTING IN FORMA PAUPERIS
   STATUS.FINAL.wpd