```
                                              FILED
                                          SEP 9  2008
                  ORIGINAL              RICHARD W. WIEKING
                                      CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BOUTTE, ) | |
| ) | |
| Plaintiff(s), ) | No. C08-2641 BZ |
| ) | |
| v. ) | |
| ) | **ORDER CONTINUING CASE** |
| BYRON J. BAHR, ) | **MANAGEMENT CONFERENCE** |
| ) | |
| Defendant(s). ) | |
| ) | |

A case management conference was scheduled for September 8, 2008 at 4:00 p.m. Plaintiff id not appear. Nor did he file a case management statement. However, in view of the fact that his *in forma pauperis* application has recently been granted, and no defendant has been served, **IT IS HEREBY ORDERED** as follows:

1. The case management conference scheduled for Monday, September 8, 2008 is **CONTINUED** to **Monday, December 8, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Case management statements are due seven (7) days prior to the case management conference.

Copies Mailed to
Parties of Record

    2.   A copy of this order shall be served on each defendant, along with the summons and complaint.

    3.   Plaintiff is cautioned to attend all future hearings as ordered by the court.

Dated: September 9, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BOUTTE V. BAHR\ORDER CONT CMC.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN BOUTTE,

        Plaintiff,

v.

BYRON J. BAHR et al,

        Defendant.

Case Number: CV08-02641 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2008, I SERVED a true and correct copy(ies) of the attached **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Boutte
225 Berry Street
Apt. 303
San Francisco, CA 94107

Dated: September 9, 2008

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk