UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN BOUTTE, | ) | |
| Plaintiff(s), | ) | No. C08-2641 BZ |
| v. | ) | |
| | ) | **ORDER RE SERVICE** |
| BYRON J. BAHR, | ) | |
| Defendant(s). | ) | |

In response to the court's Order that defendant Chrysler Financial be served, the Marshal attempted service at the post office box provided by plaintiff. Defendant has not acknowledged the service, so it was ineffective. Personal service cannot be made at a post office box. Defendant is therefore **ORDERED** to provide a better address so the Marshal can make another effort to serve defendant.

Dated: January 14, 2009

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BOUTTE V. BAHR\ORDER RE SERVICE.wpd

1