

**FILED**
MAR 20 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BOUTTE,           )<br>                        )<br>    Plaintiff(s),   )<br>                        )<br>    v.                  )<br>                        )<br>BYRON J. BAHR,          )<br>                        )<br>    Defendant(s).       )<br>_____) | No. C08-2641 BZ<br><br>**ORDER RE SERVICE** |

The Marshal is **ORDERED** to re-serve Chrysler Financial Corporation at the address at which it was served in <u>Velasquez v. Chrysler Financial Corporation</u>, C08-1212. A copy of that Summons is attached.

Dated: March 20, 2009

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BOUTTE V. BAHR\ORDER RE SERVICE2.wpd

Copies Mailed to
Parties of Record

1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE NORTHERN _____ District of _____ CALIFORNIA

RUDY VELASQUEZ,
Plaintiff,

**SUMMONS IN A CIVIL ACTION**

V.

CHRYSLER FINANCIAL CORPORATION,
Defendant.

CASE NUMBER: CV 08 1219 MMC

TO: (Name and address of Defendant)

Chrysler Financial Corporation
1000 Chrysler Dr.
Auburn Hills, Michigan 48326

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rudy Velasquez   (In Propia Persona)
58 Lobos Street
San Francisco, California 94112

(415) 504-4051

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

(By) DEPUTY CLERK   Helen L Almacen

DATE   FEB 29 2008

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN BOUTTE,

        Plaintiff,

v.

BYRON J. BAHR et al,

        Defendant.

Case Number: CV08-02641 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2009, I SERVED a true and correct copy(ies) of the attached **ORDER RE SERVICE**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Boutte
225 Berry Street, Apt. #303
San Francisco, CA 94107

Dated: March 20, 2009

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk