UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BOUTTE,<br><br>        Plaintiff(s),<br><br>v.<br><br>BYRON J. BAHR, et al.,<br><br>        Defendant(s). | No. C08-2641 BZ<br><br>**BRIEFING ORDER** |

Having received defendant, Chrysler Financial Services Americas LLC's motion to dismiss, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's opposition shall be filed by **May 27, 2009**;

2. Plaintiff, if he chooses to represent himself, should consult the Pro Se Handbook For District Courts, which is available for public viewing at the Court's internet site: http://www.cand.uscourts.gov. Attached is information about the Volunteer Legal Services Program's Legal Help Center for pro se litigants. The Court suggests that if plaintiff intends to continue to proceed in pro se, he make an

1

```
```
appointment with the Center in order to continue timely prosecution of his case;

    3. Defendant's reply, if any, shall be filed by **June 10, 2009;**

    4. A hearing is scheduled for **July 1, 2009 at 10:00 a.m.** in Courtroom G, on 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: May 14, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BOUTTE V. BAHR\BRIEFING ORDER.wpd

Are you representing yourself in Federal Court?

Do you need help with your case?

# Volunteer Legal Services Program
# Legal Help Center

450 Golden Gate Avenue, 15th Floor, Room 2796

The Legal Help Center (the "Center") provides *pro se* litigants with:

- information about their legal rights and responsibilities and court procedures applicable to their cases,
- limited-scope legal advice,
- help preparing simple pleadings, and
- referrals to legal, social, and government services.

Assistance is provided <u>by appointment only</u>. If you are representing yourself in Federal Court and would like help with your civil case, you may make an appointment to meet with an attorney at the Center. Sign up in the appointment book on the table outside the door of the Center, located on the 15th floor of the Federal Courthouse, Room 2796, up to two weeks in advance. On the day of your appointment, bring relevant paperwork for your case, including drafts you may want the attorney to review, and wait just outside the Center for the attorney to call you in at the appointed time.

If you do not speak English or have difficulty with English, please bring someone to your appointment who can translate for you. We can not provide a translator.

**If you seek help from the Center, <u>you will still represent yourself</u>. The attorney at the Center can not be your lawyer; the attorney can only give you information, advice, and basic legal help.**