UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN BOUTTE, | ) | |
| Plaintiff(s), | ) | No. C08-2641 BZ |
| v. | ) | |
| | ) | **ORDER GRANTING CONTINUANCE** |
| BYRON J. BAHR, | ) | |
| Defendant(s). | ) | |

Plaintiff John Boutte did not appear at this morning's hearing on defendant's motion to dismiss. Nor was he available by telephone when my courtroom clerk called his phone number from the courtroom. Steven Ernest, counsel for defendant, participated by telephone with the Court's permission. After lunch, I was informed by my staff that someone had called on Mr. Boutte's behalf and stated that Mr. Boutte objected to my having heard the motion to dismiss ex parte. The objection is **DENIED**; the motion would not have been heard ex parte if Mr. Boutte had appeared at the scheduled hearing or answered my clerk's call.

The person calling did not explain why Mr. Boutte had not

1

1  appeared and why he had not filed any opposition to the motion
2  to dismiss.  He did state that Mr. Boutte wanted a 10 day
3  continuance.  In an effort to resolve this matter on the
4  merits, **IT IS HEREBY ORDERED** that Mr. Boutte shall file any
5  opposition to the motion to dismiss by **July 15, 2009**.  There
6  will no further continuances.  He shall also explain why he
7  failed to file an opposition and failed to appear at the
8  hearing.

Dated: July 1, 2009

                                   Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\BOUTTE V. BAHR\ORDER AFTER HEARING 7.1.09.wpd

2