UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN BOUTTE, | ) | |
| Plaintiff(s), | ) | No. C08-2641 BZ |
| v. | ) | **JUDGMENT** |
| BYRON J. BAHR, | ) | |
| Defendant(s). | ) | |

The Court having issued its Order Granting Defendant's Motion to Dismiss. **IT IS HEREBY ORDERED** that plaintiff recover nothing, that defendant Chrysler Financial Services Americas LLC is awarded its costs as permitted by law and the action is **DISMISSED**.

Dated: July 22, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BOUTTE V. BAHR\BOUTTE JUDGMENT.wpd

1